✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KENNETH B. NICKSON ) | Case No:  3:97cr99-07/RV |
| ) | USM No:  04493-017 |
| Date of Previous Judgment:  February 26, 1999  ) | Thomas S. Keith, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  200  months **is reduced to**  160 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  36        Amended Offense Level:  34
Criminal History Category:  I        Criminal History Category:  I
Previous Guideline Range:  188  to  235  months    Amended Guideline Range:  151  to  188  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  February 26, 1999,  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 8, 2009              /s/ *Roger Vinson*
                                                                    Judge's signature

Effective Date:                      Roger Vinson, Senior U.S. District Judge
(if different from order date)                  Printed name and title